TIMOTHY J. CAVAN
Assistant U.S. Attorney
U.S. Attorney's Office
2929 Third Ave. North, Suite 400
P.O. Box 1478
Billings, MT 59103
Phone: (406) 247-4674
Fax: (406) 657-6989
E-mail: Tim.Cavan@usdoj.gov

ATTORNEY FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| JOSEPH R. RAMIREZ, JULIA L. RAMIREZ, JOSHUA RAMIREZ, and REGINA RAMIREZ,<br><br>Plaintiffs,<br><br>vs.<br><br>JEFF GROH, Special Agent with the Bureau of Alcohol, Tobacco and Firearms,<br><br>Defendant. | CV 99-17-BU-SEH<br><br>**NOTICE OF SETTLEMENT** |

Comes now the above-named defendant, by and through counsel, Timothy J. Cavan, Assistant United States Attorney, and notifies the Court that the parties have reached a settlement of all claims in this case. Defendant requests that the trial set for November 29, 2006 be vacated.

Defendant also requests that the parties be allowed 60 days within which to file a stipulation and proposed order for dismissal of this action.  Since the settlement will be paid by the federal government, it typically takes approximately eight weeks to prepare and execute the necessary releases, and have the settlement proceeds issued to the plaintiffs.

**DATED** this 22nd day of November, 2006.

                                      **WILLIAM W. MERCER**
                                      **United States Attorney**


                                      /s/ Timothy J. Cavan
                                      **TIMOTHY J. CAVAN**
                                      **Assistant U.S. Attorney**
                                      **Attorney for Defendant**

CERTIFICATE OF SERVICE
===

I certify that on the 22nd day of November, 2006, the United States Attorney's Office served copies of the attached document by CM/ECF or first class mail, postage prepaid, as follows:

Addressee(s):

Vincent J. Kozakiewicz
Attorney at Law
4535 S. Five Mile Road
Boise, ID  83709-4862

W. G. Gilbert, III, P.C.
P.O. Box 345
Dillon, MT  59725

/s/ Timothy J. Cavan_____
Timothy J. Cavan
Assistant U.S. Attorney
Attorney for Defendant